UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN WIGMORE, as Trustee of the Wigmore
Survivor Trust and the Wigmore Residuary Trust,

      Plaintiff,

v.                              Case No. 8:13-CV-2612-T-36MAP

LIBERTY TRADING GROUP, INC., JAMES
CORDIER and MICHAEL GROSS,

      Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, John Wigmore, as Trustee of the Wigmore Survivor Trust and the Wigmore Residuary Trust, and Defendants, Liberty Trading Group, Inc., James Cordier and Michael Gross, by and through undersigned counsel and pursuant to Local Rule 3.08, notify the Court that settlement has been reached in the above-styled cause. The settlement terms include a payment plan that will not be completed until September 2015. Therefore, the parties request that the Court administratively close this case subject to the right of any party to request **on or before September 30, 2015**, (rather than the usual sixty days[1]), that the case be reopened for further proceedings, including entering a final judgment of dismissal with prejudice upon final payment, enforcement of the terms of the settlement agreement if necessary, or other good cause shown, with retention of jurisdiction for such further proceedings.

Please note that this case is on the trial docket commencing February 2, 2015, is scheduled for pretrial conference and hearing on a motion for continuance of the trial

---

[1]     Local Rule 3.08 provides that the Court may specify a period other than sixty days.

and a motion to amend answer on January 20, 2015, at 2:15 p.m., and is scheduled for hearing on motions in limine on January 20, 2015, at 2:30 p.m., all of which should be canceled.

/s/ Michael H. Schaalman
Michael H. Schaalman
Halling & Cayo, S.C.
320 East Buffalo Street, #700
Milwaukee, WI 53202
(414) 271-3400
Counsel for Plaintiff

/s/ Paul E. Parrish
Paul E. Parrish
Quarles & Brady LLP
101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602
Local Counsel for Plaintiff

/s/ StanleyT. Padgett
Stanley T. Padgett, Esquire
Florida Bar No. 348686
PADGETT LAW, P.A.
201 E. Kennedy Blvd., Suite 600
Tampa, Florida 33602
(813) 230-9098
(866) 896-7664 (Fax)
Email: spadgett@padgettlawpa.com
Counsel for Defendants
Liberty Trading Group, Inc. and James Cordier

/s/ Henry K. Becker
Henry K. Becker
Pro Hac Vice
227 South Blvd.
Oak Park, IL  60632
(312) 278-3004
Email: hb@hkb-law.com
Trial Counsel for Defendant Michael Gross

and

/s/  Jayne M. Lambert_____

Jayne M. Lambert
Florida Bar No. 602914
JAYNE M. LAMBERT, P.A.
1228 East 7th Avenue
Suite 200 (zip 33605)
P.O. Box 2925
Tampa, FL  33601-2925
Phone (813)248-5004
Fax (866)596-3196
Primary E-mail JLambert@JMLPA.com
Local Counsel for Defendant Michael Gross

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th  day of January, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/  Jayne M. Lambert_____

Jayne M. Lambert
Florida Bar No. 602914
JAYNE M. LAMBERT, P.A.
1228 East 7th Avenue
Suite 200 (zip 33605)
P.O. Box 2925
Tampa, FL  33601-2925
Phone (813)248-5004
Fax (866)596-3196
Primary E-mail JLambert@JMLPA.com
Local Counsel for Defendant Michael Gross