UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN WIGMORE,

    Plaintiff,

v.                                              Case No: 8:13-cv-2612-T-36MAP

LIBERTY TRADING GROUP, JAMES
CORDIER and MICHAEL GROSS,

    Defendants.
_____/

## ORDER

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on January 20, 2015, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 53). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1.     This action is dismissed, with prejudice.

2.     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on October 1, 2015.

                                                                 *Charlene Edwards Honeywell*
                                                                  Charlene Edwards Honeywell
                                                                  United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any